UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 12, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLTON ETTLINGER,

    Defendant.

Case No. 2:15-mj-00045-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  CARLTON ETTLINGER ,

Case No.  2:15-mj-00045-CKD  from custody for the following reasons:

    \_\_\_\_ Release on Personal Recognizance

    \_\_\_\_ Bail Posted in the Sum of $ _____

    **X** Unsecured Appearance Bond $  50,000, co-signed by mother.

    \_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_ Appearance Bond with Surety

    \_\_\_\_ Corporate Surety Bail Bond

    **X** (Other): Pretrial services conditions. To be released immediately, and report to Pretrial Services on 3/13/2015 at 9:00 a.m.

Issued at Sacramento, California on March 12, 2015 at 2:20

By: *Carolyn Delaney* (signature)

Magistrate Judge Carolyn K. Delaney